ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: allison.schmidt@akerman.com

*Attorneys for Defendants Bank of America, NA
and Nationstar Mortgage, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| JACQUELINE MANZANO,<br><br>                        Plaintiff,<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, BANK OF AMERICA, NA fka COUNTRYWIDE HOME LOANS SERVICING, LP and NATIONSTAR MORTGAGE, LLC dba NSM RECOVERY SERVICES, INC.,<br><br>                        Defendants. | Case No.: 2:15-cv-00074-GMN-PAL<br><br>**DEFENDANTS' EMERGENCY MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT BY 20 DAYS**<br><br>**(First Request)** |

Defendants Bank of America, NA (**Bank of America**) and Nationstar Mortgage, LLC (**Nationstar**, and collectively with Bank of America "**defendants**") move to extend the time to file initial responsive pleadings under Federal Rule of Civil Procedure 6(b) and Local Rule 6-1. Defendants' initial responsive pleading is currently due on February 5, 2015.

**I.    CASE BACKGROUND.**

This dispute arises out of a the servicing of a loan secured by a deed of trust encumbering the real property located at 1951 Corvette Street, Las Vegas, Nevada 89142.  Plaintiff alleges a number

{30291775;1}

of federal and state claims against Nationstar and Bank of America including purported violations of the Fair Debt Collections Practices Ace and Fair Credit Reporting Act, Invasion of Privacy, Slander of Title, violations of NRS 107.080, et. seq. *See* Compl. [Dkt. 1].

## II. GOOD CAUSE EXISTS TO GRANT DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME.

Defendants seek an additional 20 days to respond to the complaint. Counsel for defendants attempted to contact the plaintiff prior to making this request. However, Ms. Manzano has not responded to the attempts to communicate. Thus, defendants file this motion out of abundance of caution so that it can be adjudicated by the Court before the current February 5, 2015 deadline.

Defendants' counsel was just recently retained on this matter. The undersigned is currently in the process of obtaining and reviewing defendants' records related to this case, including the loan files, servicing records, and all documents recorded on the subject property. Additionally, counsel must review the pleadings in Ms. Manzano's six federal lawsuits, one state court suit, and bankruptcy. These records are essential to allow defendants to formulate the most appropriate response, which may be a motion to dismiss, an answer and counter-claim, a motion for summary judgment, or some combination.

It is also appropriate to allow defendants additional time to respond because the request is not being made for an improper purpose, and no party will be prejudiced by the requested relief. This case was initiated on January 14, 2015. [Dkt. 1]. Plaintiff served defendants shortly thereafter. *Id.* [Dkts. 5, 6]. Plaintiff has not moved for injunctive relief or otherwise submitted any request demonstrating that she would be prejudiced by the brief extension requested by defendants.

//
//
//
//
//
//
//
//

{30291775;1}  2

### III. CONCLUSION.

Based on the forgoing, the Court should grant the requested extension of 20 days to respond to Plaintiff's complaint, from February 5, 2015 to February 25, 2015.

DATED this 3rd day of February, 2015.

          **AKERMAN LLP**

/s/ *Allison R. Schmidt*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants Bank of America, NA and Nationstar Mortgage, LLC*

IT IS SO ORDERED this 9th day of February, 2015.

_____
Peggy A. Leen
United States Magistrate Judge

{30291775;1}  3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd of February, 2015 and pursuant to FRCP 5, I served by depositing for mailing in the U.S. Mail a true and correct copy of the foregoing **DEFENDANTS' EMERGENCY MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT BY 20 DAYS,** postage prepaid and addressed to:

Jacqueline Manzano
1951 Corvette Street
Las Vegas, Nevada 89142

*Plaintiff in proper person*

/s/ *Lucille Chiusano*
An employee of AKERMAN LLP

{30291775;1}    4