UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JACQUELINE MANZANO,<br><br>                              Plaintiff,<br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, et al.,<br><br>                              Defendants. | Case No. 2:15-cv-00074-GMN-PAL<br><br>ORDER |

Before the court is a Notice of Suggestion of Plaintiff Jacqueline Manzano's Bankruptcy (Dkt. #13) filed by counsel for Defendants Bank of America, NA, and Nationstar Mortgage, LLC. The notice advises the court and parties that the Plaintiff filed a petition for bankruptcy on February 19, 2015, seeking relief under Chapter 13 of Title 11 of the United States Code in the District of Nevada under Case No. 15-10775-mkn. A CM/ECF docket sheet is attached to the notice.

The Complaint (Dkt. #1) was filed January 14, 2015, by the Plaintiff, who is appearing pro se. Plaintiff's 55-page complaint states claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 ("FDCPA"), the Fair Credit Report Act, 15 U.S.C. § 1681(b) ("FCRA"), violations of NRS 107.080, NRS 649, slander of title, emotional distress and invasion of privacy. By filing a petition in bankruptcy court, Plaintiff triggered the automatic stay provisions of the Bankruptcy Code. It is unclear whether Plaintiff has, or intends, to seek the permission of the bankruptcy court to pursue these claims. Defendant Bank of America filed a motion to dismiss the complaint the day after filing the notice of suggestion of bankruptcy notwithstanding the automatic stay provisions. Defendant National Default filed a joinder in the motion to dismiss.

Accordingly,

1 **IT IS ORDERED** that a status conference is set for **9:30 a.m., March 31, 2015, in Courtroom 3B.  The parties shall be prepared to address the effect of the Plaintiff's bankruptcy petition on this case.**

DATED this 9th day of March, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE