UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JACQUELINE MANZANO,<br><br>                                         Plaintiff,<br>v.<br>NATIONAL DEFAULT SERVICING CORPORATION, et al.,<br><br>                                         Defendant. | Case No. 2:15-cv-00074-GMN-PAL<br><br>ORDER |

Before the court is the parties' Joint Status Report (Dkt. #25). The court conducted a status conference on March 31, 2015, after receiving notification that the Plaintiff had filed a Chapter 13 petition in the bankruptcy court. Plaintiff, who is appearing pro se, confirmed that she had filed for bankruptcy protection, but not yet disclosed this case to the bankruptcy court. Plaintiff also indicated that she had not yet filed her schedules with the bankruptcy court. The court explained that filing a bankruptcy petition automatically stays litigation by operation of the Bankruptcy Code and directed the Plaintiff to disclose this case to the Bankruptcy Trustee and seek permission of the Trustee to proceed. The court required the parties to submit a joint status report and stayed this action until approval of the Bankruptcy Trustee was obtained.

In the current status report, the parties advised the court that Plaintiff contacted the Bankruptcy Trustee, made the Trustee aware of this case, and that the Chapter 13 proceeding has been dismissed because Plaintiff/Debtor did not timely file her schedules within forty-five days as required.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The temporary stay is LIFTED.

2. The parties shall have until May 19, 2015, in which to conduct a Rule 26(f) conference, and until May 26, 2015, in which to submit a proposed discovery plan and scheduling order in compliance with LR 26-1(e).

DATED this 5th day of May, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE