1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JACQUELINE MANZANO,

Plaintiff,

v.

NATIONAL   DEFAULT   SERVICING
CORPORATION, et al.,

Defendants.

Case No. 2:15-cv-00074-GMN-PAL

ORDER

Before the court is a Notice of Settlement (Dkt. #41) filed July 16, 2015, which advises the court that a settlement has been reached in this case and a stipulation to dismiss will be filed after finalization of the settlement agreement.  Accordingly,

**IT IS ORDERED** that the parties shall have until **August 17, 2015,** in which to file the stipulation for dismissal, or, alternatively, a joint status report with the court advising when the stipulation for dismissal will be filed.

DATED this 17th day of July, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1