Jacqueline Manzano
1951 Corvette Street
Las Vegas, Nevada 89142
702-788-0599
*Plaintiff in proper person*

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 17 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| JACQUELINE MANZANO<br><br>Plaintiff(s),<br><br>-vs-<br><br>NATIONAL DEFAULT SERVICING CORPORATION, BANK OF AMERICA, NA fka COUNTRYWIDE HOME LOANS SERVICING LP and NATIONSTAR MORTGAGE, LLC dba NSM RECOVERY SERVICES, INC.,<br><br>Defendant(s). | CASE NO. 2:15-cv-00074-GMN-PAL<br><br>NOTICE OF SETTLEMENT |

## NOTICE OF SETTLEMENT

Jacqueline Manzano, ("Plaintiff") in proper person, hereby notices the court that a resolution of the above entitled action has been reached between the Plaintiff and Defendant, Nationstar Mortgage, LLC /dba/ NSM Recovery Services, Inc.. A Stipulation of Dismissal with prejudice will be filed with this court subsequent to the finalization of the Settlement Agreement between the Parties.

Respectfully submitted this 13TH day of August, 2015

By: _____

Jacqueline Manzano
1951 Corvette Street
Las Vegas, Nevada 89142
702-788-0599
*Plaintiff, in proper person*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of foregoing, Notice of Settlement, was sent to the party listed below, by USPS First Class Mail.

TO:
Allison Schmidt, Esq.
Akerman LLP
1160 Town Center Drive, Suite 330,
Las Vegas, NV 89144
*Attorney for Defendant,*
*Nationstar Mortgage, LLC*

By, _____  Dated: August 13TH, 2015

Jacqueline Manzano
1951 Corvette street
Las Vegas, NV 89142
702-788-0599
*Plaintiff in proper person*

IT IS ORDERED that the parties shall have until **September 21, 2015,** to either file a stipulation to dismiss, or a joint status report advising when the stipulation will be received.

Dated this 21st day of August, 2015

_____
Peggy A. Leen
United States Magistrate Judge

Jacqueline Manzano
4951 Corvette St.
Las Vegas, NV 89142

LAS VEGAS NV 890
13 AUG 2015 PM 2 L

Clerk, US District Court
District of Nevada
Lloyd D. George US Courthouse
333 Las Vegas Blvd. So.
Room 1334
Las Vegas, Nevada 89109

89101706834