DARREN BRENNER, ESQ.
Nevada Bar No. 8386
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email: darren.brenner@akerman.com
Email: allison.schmidt@akerman.com

*Attorneys for Defendant Nationstar Mortgage, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE MANZANO,<br><br>                    Plaintiff,<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, BANK OF AMERICA, NA fka COUNTRYWIDE HOME LOANS SERVICING, LP and NATIONSTAR MORTGAGE, LLC dba NSM RECOVERY SERVICES, INC.,<br><br>                    Defendants. | Case No.:      2:15-cv-00074-GMN-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

        Defendant Nationstar Mortgage, LLC and Plaintiff Jacqueline Manzano hereby stipulate and agree to dismiss all remaining claims in this action, with prejudice.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

{36550987;1}

Each party will bear their own fees and costs.

DATED this 5th day of November, 2015.

|  | **AKERMAN LLP** |
|---|---|
| /s/ Jacqueline Manzano | /s/ Allison R. Schmidt |
| JACQUELINE MANZANO | DARREN BRENNER, ESQ. |
| 1951 Corvette Street | Nevada Bar No. 8386 |
| Las Vegas, Nevada 89142 | ALLISON R. SCHMIDT, ESQ. |
|  | Nevada Bar No. 107431160 Town Center Drive, Suite 330 |
| *Plaintiff in proper person* | Las Vegas, Nevada 89144 |
|  | *Attorneys for Defendant Nationstar Mortgage, LLC* |

**ORDER**

IT IS SO ORDERED:

_____

Gloria M. Navarro, Chief Judge
United States District Court

DATED: _____November 6, 2015_____

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{36550987;1}