# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE MANZANO, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:15-cv-00074-GMN-PAL |
| vs. ) | |
| ) | **ORDER** |
| NATIONAL DEFAULT SERVICING ) | |
| CORPORATION; BANK OF AMERICA, ) | |
| NATIONAL ASSOCIATION; NATIONSTAR ) | |
| MORTGAGE, LLC; NSM RECOVERY ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court the Motion to Expunge the Lis Pendens, (ECF No. 69), filed by Defendant Nationstar Mortgage, LLC ("Defendant"). Plaintiff Jacqueline Manzano ("Plaintiff") did not file a response, and the deadline to do so has passed. For the reasons discussed below, Defendant's Motion is granted.

## I.  DISCUSSION

Defendant seeks to expunge the lis pendens recorded against the property located at 1951 Corvette St., Las Vegas, Nevada 89142 ("Property"). (*See* Mot. to Expunge 2:12, ECF No. 69). A notice of lis pendens is literally a notice of a pending lawsuit affecting real property. When the underlying litigation concludes, the need for the notice—and justification for the cloud on title—evaporates. *See, e.g.*, Nev. Rev. Stat. §§ 14.010–14.015(5) (authorizing the cancellation of a notice of lis pendens when, *inter alia,* the filing party has failed to establish a likelihood of prevailing in the action). On November 6, 2015, the Court dismissed Plaintiff's claims with prejudice. (*See* Order, ECF No. 65). Thus, the justification for the lis pendens has ceased, and the Motion to Expunge the Lis Pendens is granted. *See* N.R.S.

§ 14.010(1).

## II.     CONCLUSION

**IT IS HEREBY ORDERED** that the Motion to Expunge the Lis Pendens, (ECF No. 69), is **GRANTED**.  Pursuant to NRS § 14.015, the Notice of Lis Pendens filed and recorded by or on behalf of Plaintiff on the Property located at 1951 Corvette St., Las Vegas, Nevada 89142 with the Clark County Recorder's Office is hereby **EXPUNGED**.

**DATED** this __21__ day of October, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Judge